ELI LILLY AND COMPANY, Plaintiff–Appellee,

v.

Gerald R. CRABTREE and Jorge Plutzky, Defendants–Appellants,

and

United States, Defendant.

No. 2006–1397.

United States Court of Appeals, Federal Circuit.

April 24, 2007.

Before NEWMAN, LOURIE, and PROST, Circuit Judges.

## JUDGMENT

PER CURIAM.

This CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

*AFFIRMED.* *See* Fed. Cir. R. 36